# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| TRACY CARR, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | CIVIL ACTION FILE No. |
| v. ) | |
| ) | 4:21-cv-00180-CDL |
| THRIVE SENIOR LIVING, LLC ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the Parties stipulate to the dismissal with prejudice of the instant case. Except as otherwise agreed, each Party shall bear its own attorneys' fees and costs.

Respectfully submitted this 12th day of August 2022.

| The Roper Law Firm | Lewis Brisbois Bisgaard & Smith, LLP |
|---|---|
| */S/ John W. Roper* | */S/ John S. Snelling* |
| John W. Roper | John S. Snelling |
| Georgia Bar No. 614159 | Georgia Bar No.: 665759 |
| 233 12th Street Suite 602 | 600 Peachtree Street, N.E., Suite 4700 |
| Columbus, GA 31901 | Atlanta, Georgia 30308 |
| johnroper@roperlaw.com | John.snelling@lewisbrisbois.com |